UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

REGINALD McGILL,

                        Plaintiff,

      v.

CITY OF ROCHESTER, et al.,

                        Defendants.

_____

<u>ORDER</u>

22-CV-6523EAW

Plaintiff Reginald McGill having filed a motion to compel (Docket # 23), defendants having opposed the motion (Docket # 29), this Court having reviewed the parties' submissions, and oral argument having been conducted on September 6, 2023, it is hereby

ORDERED, for the reasons stated more fully on the record on September 6, 2023, that plaintiff's motion to compel **(Docket # 23) is GRANTED**.  Specifically, on or before **October 13, 2023,** in accordance with the guidance provided by the Court during the proceedings, defendants are directed to confer with plaintiff and supplement their responses to interrogatories numbered 1 and 2 and document requests numbered 4, 6, 10, 11, and 17.

**IT IS SO ORDERED.**

                                                _____
                                                 MARIAN W. PAYSON
                                                United States Magistrate Judge

Dated: Rochester, New York
         September ⁊, 2023